# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| Evergreen Power, LLC and | : | 3:12-CV-00032 (SRU) |
| Asnat Realty, LLC | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United Illuminating Company | : | |
| | : | |
| Defendant | : | July 30, 2012 |
| | : | |
| | : | |

### Plaintiffs' Motion For Partial Summary Judgment As To Liability On The First And Fourth Counts Of The Second Amended Complaint

The plaintiffs move for partial summary judgment on the First and Fourth Counts of the *Second Amended Complaint* dated April 18, 2012 ("Complaint"). Specifically, plaintiffs move for summary judgment as to the liability of the defendant under CERCLA. In accordance with FRCP Local Rule 56(a)1, plaintiffs' *Local Rule 56(a)1 Statement* is annexed hereto. In addition, a *Memorandum of Law* has been filed in support of this motion.

As set forth in the Complaint, plaintiffs' claims are based on CERCLA §107 (First and Second Counts), CGS § 22a-16 (Third Count), Promissory Estoppel / Breach of Contract (Fifth Count), Reckless Misconduct (Sixth Count), and for declaratory relief pursuant to CERCLA and the Declaratory Judgments Act, 28 U.S.C. §§ 2201-2202 (Fourth Count). At this time, plaintiffs seek partial summary judgment on the First and Fourth Counts as to defendant's CERCLA liability. As discussed in more detail in the supporting memorandum of law, no genuine issues

**ORAL ARGUMENT REQUESTED**

of fact exist with respect to the defendant's CERCLA liability in this matter and plaintiffs have

established the required elements for a prima facie case.

Respectfully Submitted,
Plaintiffs

**/s/Alan M. Kosloff**
_____

By:   Alan M. Kosloff
      Federal Bar #ct05554
      Law Offices of Alan M. Kosloff
      Their Attorneys
      28 North Main Street
      West Hartford, CT
      Tel: 860-521-7004
      Fax: 860-521-3352
      akosloff@kosloff.net

## **ORDER**

The foregoing *Motion for Partial Summary Judgment*, having come before the Court, is

hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge

2

**Certificate of Service**

I hereby certify that, on July 30, 2012 a copy of the foregoing *Motion for Partial Summary Judgment* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

**/s/Alan M. Kosloff**

_____

Alan M. Kosloff

Filing location:

D. Conn. - Electronic Filing
Chamber Copies Per Electronic Filing Order (1/5/12)

Chambers: The Honorable Stefan R. Underhill
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 411
Bridgeport, Connecticut 06604