# EXHIBIT 8

May 19, 2008

Mr. Ralph DeGeeter, Managing Partner
Quinnipiac Energy LLC
800 Village Walk, #282
Guilford, CT 06437

**Interim Status Report / Quinnipiac Energy English Station Parcel A PCB Cleanup Plan**

Dear Mr. DeGeeter:

This is a brief letter report to advise you of the work done to date under the PCB cleanup plan[1] for the north portion (Parcel A) of the English Station site, the results of that work, and the present status of the cleanup. In summary, AEI completed the tasks outlined in the plan, but additional PCB contamination was encountered and escrow funding for the project has now been exhausted. As a result, we are unable to complete PCB cleanup to the target specifications in the plan. We have, however, created archives of the extensive technical information developed on the property, including sampling and analysis databases, and will maintain those against future developments that may take place on the site. Although this is not the cleanup report we had hoped to produce for regulatory agency approval, we believe it is a useful summary of the work accomplished and where it stopped.

**1.0  BACKGROUND**

The United Illuminating Company (UI) sold the inactive English Station site -- a former electric generating station -- to Quinnipiac Energy (QE) in 1998. The transaction funded an escrow for investigation and cleanup of environmental contamination at the site, including PCBs; at this point that escrow has been depleted to zero. The site has been well characterized as to environmental contaminants[2]. QE elected to subdivide the property in the expectation that the northern third (Parcel A) would be easier to clean up. Accordingly, in March 2007 AEI developed the plan[1] to clean up PCB contaminants on Parcel A. The federal Environmental Protection Agency (EPA) subsequently approved the plan[3] in May 2007. The cleanup work specified in the plan was put out to competitive bid[4] in September 2007. Work commenced at the end of November 2007, and ran through February 2008; the cleanup contractor was Environmental Services, Inc (ESI) of South Windsor, Connecticut.

---

[1] QE English Station Parcel A PCB Cleanup Plan, AEI Project 00T-030e, March 2007.
[2] The contaminants onsite mostly relate to use of river-bottom dredge spoils (containing coal tar wastes) to originally build the island, hydrocarbon wastes associated with power plant use of coal and oil fuels, and PCBs incidental to large electrical equipment.
[3] Letter, Robert Varney, Administrator, Region 1, US Environmental Protection Agency, to Ralph DeGeeter, Managing Member, Quinnipiac Energy LLC, dated May 22, 2007.
[4] Three bid packages were issued: RFQ-07D-001 Remediate Floor of Station B Building (on English Station Parcel A), July 20, 2007; RFQ-07D-002 Remediate Central Portion of Yard (on English Station Parcel A), July 20, 2007; and RFQ-07D-003 Remediate South Portion of Yard (on English Station Parcel A), July 20, 2007.

UI005152

## 2.0 PCB CLEANUP WORK AND RESULTS

Figure 1 shows the entire English Station site and the identified areas of PCB contamination. (Other contaminants exist but are not relevant to this report, and in any case PCBs represent the most significant cleanup costs.) Figure 2 shows Parcel A and the areas of PCB contamination that were the subject of the cleanup plan[1]. These areas, the cleanup work done on them under the plan, the results of that work, and the present status of the areas is briefly described in the four sections below.

### 2.1 Station B Building / PCB Contamination of Interior Floor

Figure 3 shows the cleanup status of the floor of the Station B building. Scarification covered 2,880 sq ft of floor, a somewhat more extensive area than specified in the plan. Concrete samples were collected at 91 points on a 5-ft verification sampling grid, and wood chip samples at 18 points in an adjacent wood floor area, following the methods and procedures specified in the plan. None of the wood samples had detectable PCBs, but 23 concrete samples were above the plan's cleanup specification of 1 ppm. Most of these were in the 1-2 ppm range, but five were in the 2-6 ppm range, and one was 16,000 ppm. Figure 3 shows the gridded area and sample results, and outlines the areas needing future attention (i.e., remaining > 1 ppm PCB). Steel girders constituted portions of the scarified floor area, so a total of 43 hexane wipe samples were taken at 5-ft intervals along each girder. PCBs were detected in only two wipe samples, at 2.3 and 7.9 ug/100 sq cm, below the cleanup level specified in the plan. The tabulated cleanup verification sampling results for this work are behind Figure 3.

### 2.2 Old Cooling Water Discharge Tunnel in Coal Yard / PCB Contamination in Sediments

Figure 4 shows the cleanup status of the cooling water discharge tunnel in the center part of the coal yard. The top of the tunnel on either side of catch basin CB-2 was removed. Sediment and debris were Supervac'd out along a 20-ft length, which was then sandbagged against water entry. The exposed concrete surface was washed down with Simple Green Crystal solution then sampled at six points on the bottom and two points on the walls, following the methods and procedures specified in the plan. None of the concrete samples had detectable PCBs. However, two sediment samples in the undisturbed areas on either side of the cleaned area contained PCBs in the 2-4 ppm range. Inspection of the tunnel indicates that it is both deeper and contains more sediment than envisioned in the plan. Although the section was cleaned according to the specifications of the plan, we believe the entire length of the tunnel should now be presumed to contain sediments above 1 ppm PCB, and thus require additional characterization and cleanup. The tabulated cleanup verification sampling results for this work are behind Figure 4.

### 2.3 Central Portion of Coal Yard / PCB Contamination in Soil and Asphalt

Figure 5 shows the cleanup status of two areas in the central portion of the coal yard. A small contaminated soil pocket to the south of Track C was excavated to approximately 6-ft deep, below the water table, in a somewhat larger volume than specified in the plan. Verification sampling on a 5-ft grid, with perimeter samples of the asphalt surface, was performed following the methods and procedures specified in the plan. The results indicate the area was successfully cleaned up to the 1 ppm specification. The excavation was backfilled with clean fill from offsite.

UI005153

A small contaminated area of asphalt with no underlying PCBs in the soil (per earlier characterization work) to the north of Track B was removed, along with a 1-ft depth of underlying soil. Three sections of asphalt were removed, since perimeter sampling to the east indicated additional PCBs present. Verification sampling on a 5-ft grid around the perimeter of the removed asphalt indicate the area was successfully cleaned up to the 1 ppm specification in the plan. That area was leveled off with clean fill from offsite. The tabulated cleanup verification sampling results for this work are behind Figure 5.

## 2.4 Southwest Corner of Coal Yard / PCB Contamination in Soil

Figure 6 shows the cleanup status of a small contaminated soil pocket in the southwest corner of the coal yard, north of Track A. This was excavated to approximately 6-ft deep, below the water table, in a somewhat larger volume than specified in the plan, and further excavated in its westernmost reach to a 7.5-ft depth. Verification sampling on a 5-ft grid, with perimeter samples of the asphalt surface, was performed following the methods and procedures specified in the plan. The results indicate the area was successfully cleaned up to the 10 ppm specification of the plan. The excavation was backfilled with clean fill from offsite; however, a cap was not installed over the excavated area. The tabulated cleanup verification sampling results for this work are behind Figure 6.

## 3.0 WASTE DISPOSAL

All soil, asphalt, sediment, decontamination wastes, personal protective equipment and miscellaneous wastes were sent to a licensed TSCA facility (Chemical Waste Management, Model City, New York) in 22 rolloffs over the course of December 2007 through February 2008. Water from dewatering the excavations (1.6 ppb) and tunnel (1.4 ppb) was collected in a frac tank onsite, then trucked offsite (to Clean Waters of New York, Staten Island, New York) for processing as a non-TSCA waste. No generated cleanup wastes remain on site at present.

Sincerely,

**Advanced Environmental Interface, Inc.**

Denning Powell, PE
Principal Engineer

UI005154

**Figure 1**
# ENGLISH STATION SITE OVERVIEW: ALL PCB-AFFECTED AREAS

**Figure 2**
## PARCEL A OVERVIEW: PCB AREAS DESIGNATED IN PLAN FOR CLEANUP, AND THEIR PRESENT STATUS

**Figure 3**
## STATION B INTERIOR: FLOOR CLEANUP STATUS
*(compare to Plan Figure A1.1)*



**Data Table for Figure 3**

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 1CO-608 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 23, 2008 | ND < 0.30 | 1.0 |
| 1CO-609 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 23, 2008 | 0.41 | 1.0 |
| 1CO-610 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 23, 2008 | ND < 0.30 | 1.0 |
| 1CO-611 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.83 | 1.0 |
| 1CO-612 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.43 | 1.0 |
| 1CO-613 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 23, 2008 | ND < 0.30 | 1.0 |
| 1CO-614 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-615 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.69 | 1.0 |
| 1CO-616 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-617 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-618 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-619 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-620 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.76 | 1.0 |
| 1CO-621 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.94 | 1.0 |
| 1CO-622 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.37 | 1.0 |
| 1CO-623 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.72 | 1.0 |
| 1CO-624 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.34 | 1.0 |
| 1CO-625 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-626 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-627 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-627 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-628 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | 0.55 | 1.0 |
| 1CO-629 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-630 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-631 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-632 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.85 | 1.0 |
| 1CO-633 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-634 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-635 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-636 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | ND < 0.30 | 1.0 |
| 1CO-637 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 25, 2008 | 0.37 | 1.0 |
| 1CO-638 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-639 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-640 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-641 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-642 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-643 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 24, 2008 | ND < 0.30 | 1.0 |
| 1CO-644 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 26, 2008 | 0.32 | 1.0 |
| 1CO-645 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-646 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020440 | Feb 26, 2008 | **1.48** | 1.0 |

**Data Table for Figure 3** (cont)

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 1CO-647 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.6 | 1.0 |
| 1CO-647 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.6 | 1.0 |
| 1CO-648 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.40 | 1.0 |
| 1CO-649 | ¼ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.07 | 1.0 |
| 1CO-650 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 0.32 | 1.0 |
| 1CO-651 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.37 | 1.0 |
| 1CO-652 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.23 | 1.0 |
| 1CO-653 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.42 | 1.0 |
| 1CO-654 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.00 | 1.0 |
| 1CO-655 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.81 | 1.0 |
| 1CO-656 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | ND < 0.30 | 1.0 |
| 1CO-657 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.74 | 1.0 |
| 1CO-658 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-659 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | ND < 0.30 | 1.0 |
| 1CO-660 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.89 | 1.0 |
| 1CO-661 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.80 | 1.0 |
| 1CO-662 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | ND < 0.30 | 1.0 |
| 1CO-663 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-664 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.81 | 1.0 |
| 1CO-665 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 0.43 | 1.0 |
| 1CO-666 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.51 | 1.0 |
| 1CO-667 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.50 | 1.0 |
| 1CO-667 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.41 | 1.0 |
| 1CO-668 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-669 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 2.1 | 1.0 |
| 1CO-670 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 0.46 | 1.0 |
| 1CO-671 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.08 | 1.0 |
| 1CO-672 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | 1.23 | 1.0 |
| 1CO-673 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 26, 2008 | ND < 0.30 | 1.0 |
| 1CO-674 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.47 | 1.0 |
| 1CO-675 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | 1.26 | 1.0 |
| 1CO-676 | ½ inch | Concrete | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 27, 2008 | ND < 0.30 | 1.0 |
| BW-606 | NA | Water | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 25, 2008 | < 0.50 ug/l | NA |
| BW-607 | NA | Water | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 25, 2008 | < 0.50 ug/l | NA |
| BW-608 | NA | Water | 1.1 | First floor | Feb 20, 2008 | 08020441 | Feb 25, 2008 | < 0.50 ug/l | NA |
| 1CO-677 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-678 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-679 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-680 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 1.17 | 1.0 |
| 1CO-681 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 4.5 | 1.0 |

**Data Table for Figure 3** (cont)

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 1CO-682 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **6.1** | 1.0 |
| 1CO-683 | ⅓ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.98 | 1.0 |
| 1CO-684 | ⅓ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.39 | 1.0 |
| 1CO-685 | ⅓ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.57 | 1.0 |
| 1CO-686 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | ND < 0.30 | 1.0 |
| 1CO-687 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | ND < 0.30 | 1.0 |
| 1CO-687 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | ND < 0.30 | 1.0 |
| 1CO-688 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.93 | 1.0 |
| 1CO-689 | ⅓ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **1.76** | 1.0 |
| 1CO-690 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **2.3** | 1.0 |
| 1CO-691 | ⅓ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 10, 2008 | **4.4** | 1.0 |
| 1CO-692 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.70 | 1.0 |
| 1CO-693 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | ND < 0.30 | 1.0 |
| 1CO-694 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | ND < 0.30 | 1.0 |
| 1CO-695 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-696 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | **1.1** | 1.0 |
| 1CO-697 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **16,000** | 1.0 |
| 1CO-698 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **3.2** | 1.0 |
| 1CO-699 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | **1.2** | 1.0 |
| 1CO-700 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-701 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | ND < 0.30 | 1.0 |
| 1CO-702 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | 0.36 | 1.0 |
| 1CO-703 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | 0.36 | 1.0 |
| 1CO-703 | ½ inch | Concrete | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 03, 2008 | 0.38 | 1.0 |
| BW-609 | NA | Water | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | < 0.50 ug/l | NA |
| BW-610 | NA | Water | 1.1 | First floor | Feb 25, 2008 | 08020603 | Mar 04, 2008 | < 0.50 ug/l | NA |
| 1XX-606 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.30 | 1.0 |
| 1XX-607 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.30 | 1.0 |
| 1XX-608 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-609 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-610 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-611 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-612 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-613 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-614 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-615 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-615 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-616 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-617 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-618 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |

**Data Table for Figure 3** (cont)

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 1XX-619 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-620 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-621 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-622 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-623 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| 1XX-624 | ½ inch | Wood | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | ND < 0.50 | 1.0 |
| BW-611 | NA | Water | 1.1 | First floor | Feb 25, 2008 | 08020604 | Mar 11, 2008 | < 0.50 ug/l | NA |

_Hexane Wipe Samples of Steel Floor Girders_

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (ug/100 sq cm) | Cleanup Criterion (ug/100 sq cm) |
|---|---|---|---|---|---|---|---|---|---|
| 1HX-600 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-601 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-602 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-603 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-604 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-605 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-606 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-607 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-608 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-609 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-610 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-611 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-612 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-613 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-614 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-615 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-616 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-617 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-618 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-619 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-620 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-621 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-622 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-623 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-624 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-625 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-626 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | 2.3 | 10.0 |
| 1HX-627 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | 7.9 | 10.0 |

**Data Table for Figure 3** (cont)

*Hexane Wipe Samples of Steel Floor Girders*

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (ug/100 sq cm) | Cleanup Criterion (ug/100 sq cm) |
|---|---|---|---|---|---|---|---|---|---|
| 1HX-628 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-629 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-630 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 18, 2008 | ND < 5.0 | 10.0 |
| 1HX-631 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-632 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-633 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-634 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-635 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 14, 2008 | ND < 5.0 | 10.0 |
| 1HX-636 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-637 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-638 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-639 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-640 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-641 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-642 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | 10.0 |
| 1HX-643 | NA | Hexane | 1.1 | Girder | Feb 29, 2008 | 08030008 | Mar 15, 2008 | ND < 5.0 | NA |

UI005162

## Figure 4
## COOLING WATER DISCHARGE TUNNEL: CLEANUP STATUS
*(compare to Plan Figure A2.2c)*



UI005163

**Data Table for Figure 4**

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 2SW-602 | Surface | Water | 2.2 | Frac tank | Dec 07, 2007 | 07120202 | Dec 10, 2007 | 1.39 ug/l | NA |
| 2SD-600 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | 3.6 | 1.0 |
| 2SD-601 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | ND < 0.80 | 1.0 |
| 2SD-602 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | ND < 1.0 | 1.0 |
| 2SD-603 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | 2.6 | 1.0 |
| 2SD-604 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | 1.7 | 1.0 |
| 2SD-604 | 0–4 in | Sediment | 2.2 | Tunnel | Dec 04, 2007 | 07120140 | Dec 07, 2007 | 1.63 | 1.0 |
| 2CO-600 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.50 | 1.0 |
| 2CO-601 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.30 | 1.0 |
| 2CO-602 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.30 | 1.0 |
| 2CO-603 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.40 | 1.0 |
| 2CO-604 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.40 | 1.0 |
| 2CO-605 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.40 | 1.0 |
| 2CO-606 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.30 | 1.0 |
| 2CO-607 | ½ inch | Concrete | 2.2 | Tunnel | Dec 04, 2007 | 07120141 | Dec 07, 2007 | ND < 0.30 | 1.0 |

**Figure 5**
## CENTRAL COAL YARD: EXCAVATION CLEANUP STATUS
*(compare to Plan Figure A2.2b)*



**Data Table for Figure 5**

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 2BW-601 | NA | Water | 2.2 | @ Track B | Nov 29, 2007 | 07120018 | Dec 06, 2007 | ND < 0.50 | NA |
| 2AS-600 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2AS-600 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2AS-601 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-602 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 0.82 | 1.0 |
| 2AS-603 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-604 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-605 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-606 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 0.31 | 1.0 |
| 2AS-607 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-608 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-609 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-610 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 1.1 | 1.0 |
| 2AS-611 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 6.9 | 1.0 |
| 2AS-612 | ~1 inch | Asphalt | 2.2 | @ Track B | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 3.5 | 1.0 |
| 2AS-627 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | 0.42 | 1.0 |
| 2AS-627 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | 0.39 | 1.0 |
| 2AS-628 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | ND < 0.30 | 1.0 |
| 2AS-629 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | 0.34 | 1.0 |
| 2AS-630 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | 1.03 | 1.0 |
| 2AS-631 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 13, 2007 | 1.5 | 1.0 |
| 2AS-632 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 14, 2007 | 2.7 | 1.0 |
| 2BW-605 | NA | Water | 2.2 | @ Track B | Dec 11, 2007 | 07120299 | Dec 14, 2007 | < 0.50 ug/l | NA |
| 2AS-633 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.63 | 1.0 |
| 2AS-634 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.71 | 1.0 |
| 2AS-635 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 1.1 | 1.0 |
| 2AS-636 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.59 | 1.0 |
| 2AS-637 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.78 | 1.0 |
| 2AS-638 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2AS-639 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2AS-640 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2AS-641 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.60 | 1.0 |
| 2AS-642 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | 0.81 | 1.0 |
| 2AS-643 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 28, 2007 | ND < 0.30 | 1.0 |
| 2AS-644 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2AS-645 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2AS-645 | ~1 inch | Asphalt | 2.2 | @ Track B | Dec 21, 2007 | 07120612 | Dec 27, 2007 | ND < 0.30 | 1.0 |
| 2HA-651 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-652 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 1.0 |

**Data Table for Figure 5** (cont)

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 2HA-653 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-654 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-655 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-656 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-657 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-658 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-659 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-660 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-661 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-662 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-662 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-663 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-664 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-665 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-666 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-667 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.50 | 1.0 |
| 2HA-668 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-669 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2HA-670 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-671 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-672 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-673 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-674 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2HA-675 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.30 | 1.0 |
| 2HA-676 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.30 | 1.0 |
| 2HA-677 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-678 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2HA-679 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-680 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-681 | 1–1.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.30 | 1.0 |
| 2HA-682 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-683 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 03, 2007 | ND < 0.40 | 1.0 |
| 2HA-683 | 6–6.25 | Soil | 2.2 | @ Track C | Nov 28, 2007 | 07110872 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2AS-613 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-614 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-615 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-616 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-617 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-618 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 0.33 | 1.0 |
| 2AS-619 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 04, 2007 | ND < 0.40 | 1.0 |

**Data Table for Figure 5 (cont)**

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 2AS-620 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 04, 2007 | ND < 0.40 | 1.0 |
| 2AS-620 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 04, 2007 | ND < 0.30 | 1.0 |
| 2AS-621 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-622 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-623 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-624 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | 0.48 | 1.0 |
| 2AS-625 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2AS-626 | ~1 inch | Asphalt | 2.2 | @ Track C | Nov 29, 2007 | 07120019 | Dec 05, 2007 | ND < 0.40 | 1.0 |
| 2SW-601 | Surface | Water | 2.2 | @ Track C | Dec 04, 2007 | 07120142r | Dec 07, 2007 | < 0.50 ug/l | NA |
| 2BW-602 | NA | Water | 2.2 | @ Track C | Dec 04, 2007 | 07120142r | Dec 07, 2007 | < 0.50 ug/l | NA |
| 2SW-602 | Surface | Water | 2.2 | Frac tank | Dec 07, 2007 | 07120202 | Dec 10, 2007 | 1.39 | NA |

**Figure 6**
## COAL YARD SOUTHWEST CORNER: EXCAVATION CLEANUP STATUS
*(compare to Plan Figure A3)*

**Data Table for Figure 6**

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 3HA-600 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 1.7 | 10.0 |
| 3HA-601 | 3–3.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-602 | 3–3.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.30 | 10.0 |
| 3HA-603 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 3.4 | 10.0 |
| 3HA-604 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | ND < 0.40 | 10.0 |
| 3HA-605 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 5.8 | 10.0 |
| 3HA-606 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 1.3 | 10.0 |
| 3HA-607 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 1.6 | 10.0 |
| 3HA-608 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 4.6 | 10.0 |
| 3HA-609 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 1.3 | 10.0 |
| 3HA-610 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-611 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 2.1 | 10.0 |
| 3HA-612 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-613 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 2.3 | 10.0 |
| 3HA-614 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 5.5 | 10.0 |
| 3HA-615 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | 0.47 | 10.0 |
| 3HA-616 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-617 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-618 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.40 | 10.0 |
| 3HA-619 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Nov 30, 2007 | ND < 0.30 | 10.0 |
| 3HA-620 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-620 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | 0.49 | 10.0 |
| 3HA-621 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 4.4 | 10.0 |
| 3HA-622 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | 0.63 | 10.0 |
| 3HA-623 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-624 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-625 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | 0.83 | 10.0 |
| 3HA-626 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | 0.48 | 10.0 |
| 3HA-627 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 6.2 | 10.0 |
| 3HA-627 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 03, 2007 | 6.2 | 10.0 |
| 3HA-628 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110870 | Dec 01, 2007 | ND < 0.30 | 10.0 |
| 3HA-629 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-630 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-631 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-632 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 01, 2007 | ND < 0.40 | 10.0 |
| 3HA-633 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 05, 2007 | 10 | 10.0 |
| 3HA-634 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 05, 2007 | 4.5 | 10.0 |
| 3HA-635 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-636 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-637 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.40 | 10.0 |

UI005170

**Data Table for Figure 6** (cont)

| Sample Point | Depth (feet) | Sample Matrix | PCB Area | Site Feature | Sampling Date | Lab Analysis Report # | Analysis Date | Analysis Result (mg/kg unless noted) | Cleanup Criterion (mg/kg unless noted) |
|---|---|---|---|---|---|---|---|---|---|
| 3HA-638 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-639 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-640 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 1.9 | 10.0 |
| 3HA-641 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 2.1 | 10.0 |
| 3HA-641 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 2.0 | 10.0 |
| 3HA-642 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 0.31 | 10.0 |
| 3HA-643 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-644 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 0.30 | 10.0 |
| 3HA-645 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-646 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-647 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 05, 2007 | 0.45 | 10.0 |
| 3HA-648 | 1–1.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| 3HA-649 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | 0.32 | 10.0 |
| 3HA-650 | 6–6.25 | Soil | 3.2 | @ Track A | Nov 28, 2007 | 07110871 | Dec 04, 2007 | ND < 0.30 | 10.0 |
| BW-600 | NA | Water | 3.2 | @ Track A | Nov 28, 2007 | 07110874 | Dec 01, 2007 | <0.50 ug/l | NA |
| 3SW-600 | Surface | Water | 3.2 | @ Track A | Dec 04, 2007 | 07120142r | Dec 07, 2007 | 1.6 ug/l | NA |
| 3HA-703 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 14, 2007 | 1.7 | 10.0 |
| 3HA-704 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.40 | 10.0 |
| 3HA-705 | 2–2.25 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.30 | 10.0 |
| 3HA-706 | 2–2.25 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | 0.57 | 10.0 |
| 3HA-707 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.40 | 10.0 |
| 3HA-708 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.40 | 10.0 |
| 3HA-709 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.40 | 10.0 |
| 3HA-709 | 7.5–7.75 | Soil | 3.2 | @ Track A | Dec 11, 2007 | 07120300 | Dec 13, 2007 | ND < 0.40 | 10.0 |