# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| Evergreen Power, LLC and | : | 3:12-CV-00032 (SRU) |
| Asnat Realty, LLC | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| United Illuminating Company | : | |
| | : | |
| Defendant | : | June 17, 2013 |

## Motion for Leave to Withdraw Appearances for Plaintiffs

By mutual agreement with the plaintiffs (counter-defendants) Evergreen Power, LLC and Asnat Realty, LLC, undersigned counsel move to withdraw their appearances in this matter. Plaintiffs continue to be represented by counsel; attorneys with the firm of Jacobi & Case, P.C. have appeared in this matter on their behalf.

Therefore, pursuant to L.Civ.R. Rule 7(e), undersigned counsel respectfully request they be permitted to withdraw.

| /s/ Mary McQueeney | /s/Alan M. Kosloff |
|---|---|
| Mary McQueeney | Alan M. Kosloff |
| Federal Bar #ct19986 | Federal Bar #ct05554 |
| Law Offices of Alan M. Kosloff | Law Offices of Alan M. Kosloff |
| 28 North Main Street | 28 North Main Street |
| West Hartford, CT | West Hartford, CT |
| Tel: 860-521-7004 | Tel: 860-521-7004 |
| Fax: 860-521-3352 | Fax: 860-521-3352 |
| mmcqueeney@kosloff.net | akosloff@kosloff.net |

**Certificate of Service**

      I hereby certify that, on June 17, 2013, a copy of the foregoing *Motion for Leave to Withdraw Appearances for Plaintiffs* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      I further certify that Plaintiffs consented in writing to electronic delivery and that, on June 17, 2013, a copy of the foregoing was delivered to the Plaintiffs via e-mail.

                                                                         **/s/Mary McQueeney**
                                                                         _____
                                                                         Mary McQueeney