## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EVERGREEN POWER LLC and** | : | **CIVIL ACTION No.** |
| **ASNAT REALTY, LLC** | : | **3:12-CV-00032 (SRU)** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE UNITED ILLUMINATING COMPANY** | : | |
| | : | |
| **Defendants.** | : | **AUGUST 2, 2013** |

<u>**MOTION FOR LEAVE TO WITHDRAW**</u>

Pursuant to L.Civ.R. Rule 7(e), the undersigned respectfully move for leave to withdraw as counsel for the Plaintiffs, Evergreen Power LLC and ASNAT Realty, LLC.  Good cause supporting withdrawal is based upon the following:

1.      Withdrawal can be accomplished without material adverse effect on the interests of the Plaintiffs in that:

a.      By way of joint motion, discovery deadlines for the Motion for Summary Judgment and the filing of the Motions for Summary Judgments have been extended to October 25, 2013 and December 17, 2013, respectively, in order to provide time for settlement discussions to proceed;

b.      Subsequent to the extension of the deadlines, corporate counsel for the Plaintiffs, Attorney Sheldon Schorer, became involved in the representation of the Plaintiffs and further participated in the settlement discussions; and

c.      There are no other upcoming deadlines which Plaintiffs must comply with that may be missed as a result of Plaintiffs' retention of new local counsel in addition to Attorney Schorer.

2.      Further representation by the undersigned will result in an unreasonable financial burden and has been rendered unreasonably difficult by the Plaintiffs.

3.      The Plaintiffs failed substantially to fulfill obligations to the undersigned regarding their services and have been given reasonable warning that the undersigned will withdraw unless the obligation is fulfilled.

4.      On July 23, 2013, notice of intention to withdraw was sent to the Plaintiffs, care of manager Mehboob Shah, via certified mail, return receipt requested ("Notice").

5.      The Notice advised the Plaintiffs of the possible consequence of failing to engage successor counsel and provided advance notice of the anticipated withdrawal date.  A copy of the Notice is attached hereto as "Exhibit A."

6.      Notice was sent to both the address on file with the undersigned and the address reported on the Connecticut Secretary of State Online Recording Division records ("C.O.N.C.O.R.D.").  A copy of the C.O.N.C.O.R.D. report is attached hereto as "Exhibit B."

7.      As indicated on Exhibit A, the Notice was also sent, via electronic mail, to Attorney Schorer, attached hereto as "Exhibit C."

8.      A copy of the return receipts and delivery status via the USPS website tracking system are attached hereto as "Exhibit D."

        WHEREFORE, based upon the foregoing, the undersigned respectfully request that they be permitted to withdraw.

**Respectfully Submitted,**

BY:_____/s/ Kirsten A. Jensen_____
        Kirsten A. Jensen (ct28590)
        Jacobi & Case, P.C.
        57 Plains Road, Suite 2B
        Milford, Connecticut 06461
        Tel: (203) 874-7110

Fax: (203) 874-6469
E-mail:kjensen@jacobicase.com

BY:_____/s/ Max Stuart Case_____
    Max Stuart Case (ct10196)
    Jacobi & Case, P.C.
    57 Plains Road, Suite 2B
    Milford, Connecticut 06461
    Tel: (203) 874-7110
    Fax: (203) 874-6469
    E-mail:mcase@jacobicase.com

BY:_____/s/ Paul Jacobi_____
    Paul Jacobi (ct03130)
    Jacobi & Case, P.C.
    57 Plains Road, Suite 2B
    Milford, Connecticut 06461
    Tel: (203) 874-7110
    Fax: (203) 874-6469
    E-mail:pjacobi@jacobicase.com

## **CERTIFICATION OF SERVICE**

I hereby certify that, on this 2nd day of August, 2013, a copy of the foregoing Motion for Leave to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/ Kirsten A. Jensen_____

F:\WPDOCS\KirstenPub\Evergreen\Federal Action\Pleadings\Motion to Withdraw.docx