UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVERGREEN POWER, LLC and ASNAT REALTY, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) No. 3:12-cv-00032(SRU) |
| v. | ) |
| UNITED ILLUMINATING COMPANY | ) ) ) NOVEMBER 10, 2015 |
| Defendant. | ) ) ) |

JOINT STATUS REPORT

Pursuant to the order of the Court dated October 27, 2015, Evergreen Power, LLC ("Evergreen"), Asnat Realty, LLC ("Asnat") and The United Illuminating Company ("UI") (collectively, the "Parties") make the following Joint Status Report. For the reasons set forth below, the Parties further request a continuation of the stay of the above-captioned action.

1. This action arises out of a dispute relating to liability for environmental conditions at the former English Station Power Plant site on Grand Avenue in New Haven, Connecticut (the "Site"). The Site is presently owned by Evergreen and Asnat.

2. There are currently multiple pending judicial and administrative proceedings relating to the environmental conditions at the Site:

   a. The above-captioned action.

   b. Judicial and administrative proceedings relating to a cease and desist order (Order No. CDOWSUST 12-001) issued by the Connecticut Department of Energy and Environmental Protection (CT DEEP) on February 8, 2012. Evergreen and Asnat

are among the parties to these proceedings.

 c. Administrative proceedings relating to an administrative order (Administrative Order No. AOWSPCB 13-001) issued by CT DEEP on April 5, 2013 (the "CT DEEP Proceeding"). Evergreen, Asnat and UI are among the parties to these proceedings.

 d. Judicial proceedings relating to the environmental conditions at the Site (Docket No. NNH-CV14-5034759-S). Evergreen, Asnat and UI are among the parties to these proceedings.

 e. Administrative orders issued by the United States Coast Guard (AO#002-14) relating to the Site. Evergreen, Asnat and UI each received one of these orders.

3. As previously reported to the Court, the Parties engaged in mediation before Connecticut Superior Court Judge Marshall K. Berger. That mediation was unsuccessful.

4. On June 16, 2015, CT DEEP Hearing Officer Brendan Schain held a status conference in the CT DEEP Proceeding and re-set the deadlines for pre-hearing activities.

5. On July 31, 2015, UIL Holdings Corporation ("UIL"), Iberdrola USA Networks, Inc., Iberdrola USA, Inc., Iberdrola, S.A., and Green Merger Sub, Inc. commenced an administrative proceeding before the Connecticut Public Utilities Regulatory Authority (PURA), seeking approval of a transaction that would result in a change of control of UIL (the "Proposed Transaction").

6. UI has signed a proposed Partial Consent Order with CT DEEP in the CT DEEP Proceeding. This proposed Partial Consent Order, if finalized upon, *inter alia*, PURA's approval of the Proposed Transaction, would substantially resolve issues relating to the investigation and remediation of environmental conditions within the perimeter of the Site.

7. On September 23, 2015, CT DEEP filed a Motion for Stay in the CT DEEP

Proceeding, requesting a 120-day stay and citing to the proposed Partial Consent Order in support of its motion. In its motion, CT DEEP further stated that "[a] stay will also allow DEEP Staff additional time to negotiate with other parties to this administrative proceeding, possibly negating or narrowing any further proceedings as to those parties." The Parties consented to a 120-day stay of the CT DEEP Proceeding. CT DEEP Hearing Officer Schain granted the motion on September 30, 2015, ordering that the CT DEEP Proceeding be stayed for 120 days and scheduling a status conference in the CT DEEP Proceeding for January 28, 2016.

8. Accordingly, the Parties respectfully request the Court's continuation of the stay of the above-captioned action, including all requirements under Fed. R. Civ. P. 16 and 26.

Respectfully submitted,

Date: <u>November 10, 2015</u>

PLAINTIFFS,
ASNAT REALTY, LLC and EVERGREEN POWER, LLC

_____
Keith R. Ainsworth (ct08118)
Law Offices of Keith R. Ainsworth, Esq., L.L.C.
51 Elm Street, Suite 201
New Haven, CT 06510-2049
Tel:(203)435-2014
Fax:(203)865-1021
keithrainsworth@live.com

DEFENDANT,
THE UNITED ILLUMINATING COMPANY

*/s/ Elizabeth C. Barton*
Elizabeth C. Barton (ct07660)
Michael L. Miller (ct29137)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
Tel: (860) 275-0100
Fax: (860) 275-0343
ecbarton@daypitney.com
mlmiller@daypitney.com

Certificate of Service

I hereby certify that on November 10, 2015, a copy of foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By Keith R. Ainsworth
Law Offices of Keith R. Ainsworth, Esq., L.L.C.
51 Elm Street, Suite 201
New Haven, CT 06510-2049
Tel:(203)435-2014
Fax:(203)865-1021
keithrainsworth@live.com
Fed Bar #ct08118